**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Michael Andrew McCann
   *Debtor*

Case Number: 4:18−cv−02569
US Bankruptcy Court, Southern District of TX 18−33152

Judge Jeff Bohm, et al.
   *Appellant*

# **NOTICE OF NON−COMPLIANCE**

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: August 30, 2018.

David J. Bradley, Clerk